**DISMISS and Opinion Filed August 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00428-CV**

**KANDIS N. HUTCHINSON, Appellant**
**V.**
**B&K HUTCHINSON LLC AND WILLIAM L. HUTCHINSON, Appellees**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-05297**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

In a notice of appeal filed with this Court on April 28, 2022, appellant states she is appealing the April 15, 2022 Associate Judge's order denying her motion for a temporary injunction. The identical notice of appeal was also filed with this Court on April 15 and that appeal was assigned appellate cause number 05-22-00343-CV. That appeal has now been dismissed for want of jurisdiction. *See Hutchinson v. B&K Hutchinson LLC*, No. 05-22-00343-CV, 2022 WL 1401427 (Tex. App.—Dallas May 4, 2022, no pet.).

In light of these circumstances and, on the Court's own motion, we dismiss this appeal as duplicative.


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


220428F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KANDIS N. HUTCHINSON,
Appellant

No. 05-22-00428-CV        V.

B&K HUTCHINSON LLC AND
WILLIAM L. HUTCHINSON,
Appellees

On Appeal from the 301st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-22-05297.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee B&K HUTCHINSON LLC AND WILLIAM L. HUTCHINSON recover their costs of this appeal from appellant KANDIS N. HUTCHINSON.

Judgment entered August 11, 2022